IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:09-CV-95-OC-10GRJ

IRYNA HRACHOVA, individually and o/b/o
ZHANNA HRACHOVA,
    Plaintiffs,
vs.

DENVER DEWAYNE COOK,
    Defendant.
_____/

## ANSWER TO COMPLAINT FOR SPECIFIC PERFORMANCE

Defendant, DENVER DEWAYNE COOK, answers the Complaint filed by Plaintiff, IRYNA HRACHOVA, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Without knowledge and therefore denied.
6. Denied.

*/s/ Denver Dewayne Cook*
DENVER DEWAYNE COOK
731 E. ALFRED ST.
TAVARES, FL 32778-3300
352-406-0026

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Answer was furnished, by Certified U.S. Mail, to IRYNA HRACHOVA, P.O. BOX 3871, OCALA, FL 34478, Plaintiff, this 30 day of March, 2009.

*/s/ Denver Dewayne Cook*
DENVER DEWAYNE COOK

FILED 2009 MAR 31 PM 1:33 CLERK, US DISTRICT COURT OCALA FLORIDA