FILED

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

2009 APR -6 PM 1:51

CLERK, U.S. ___ ___T COURT
OCALA ___ ___

CASE NO.5:09-CV-95-OC-10 GRJ

IRYNA HRACHOVA, individually and o/b/o

ZHANNA HRACHOVA,

    Plaintiffs,

Vs.

DENVER DEWAYNE COOK,

    Defendant.

_____/

PLAINTIF'S OBJECTION ON DEFENDANT'S

REQUEST TO PRODUCE.

Comes now, Iryna Hrachova ,individually and o/b/o Zhanna Hrachova as a plaintiffs, objecting the request of the defendant's REQUEST to PRODUCE due to defendant's improper references to the Rule 1.350 of Florida Civil Procedures as it is not apply to the Federal Court Jurisdiction matters.

CERTIFICATE OF CERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by US Mail to the defendant, DENVER DEWAYNE COOK at his provided address: 731 E.ALFRED St. TAVERES, FL 32778-3300 on this _6_ day of _April_, 2009.

_____

Iryna Hrachova and o/b/o Zhanna Hrachova

P.O. Box 3871 Ocala, Fl-34478