FILED Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2009 OCT 22  PM 12: 10

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

IRYNA HRACHOVA, individually and on behalf
Of Zhanna Hrachova,

    Plaintiff,

v.                                 Case NO.: 5:09-cv-95-Oc-10GRJ

DENVER DEWAYNE COOK,

    Defendant.

_____

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
MOTION TO RECOVER ITS ATTORNEYS' FEES**

STATE OF FLORIDA    )
COUNTY OF MARION    )

    BEFORE ME, the undersigned authority, personally appeared, Kenneth A. Glaspey, who being by me first duly sworn, deposes and says:

    1.    Affiant is a duly qualified and licensed attorney in all courts of the State of Florida.

    2.    Affiant is a duly qualified and licensed attorney in the United States District Court for the Northern and Middle Districts of Florida.

    3.    Affiant has been a member in good standing of the Florida Bar continuously since May 25, 2007.

    4.    Affiant's office is located at 220 SE 36th Avenue, Ocala, Marion County, Florida.

    5.    Affiant has knowledge of contract collection matters; and has examined the files of the attorney fee applicant, IRYNA HRACHOVA o/b/o ZHANNA HRACHOVA, and based upon the information contained therein and considering the other criteria set forth in Rule 4-

1.5(B) of the Florida Bar Rules of Professional Conduct and cases relevant thereto has given his best estimate as to the time and labor required to collect on any judgment so entered against the Defendant, DENVER DEWAYNE COOK. In addition, Affiant has also considered the number of hours that should be reasonably expended in the handling of this matter through final collection, together with a reasonable hourly fee, considering that I would not take this matter on a contingency fee basis since it involves an individual rather than a solvent business.

6. Affiant is also of the opinion that the number of hours required to execute on any judgment so entered can range between 10 (if the matter is simple, straight forward and not contested) to a maximum of 100 hours (if the collection requires discovery in aid of execution including but not limited to interrogatories, depositions in aid of execution, property searches, et cetera).

7. Affiant's normal, reasonable and customary fee for collections of such a judgment are based upon a $250.00 hourly rate.

8. The undersigned is also of the opinion that any award of attorney fees should be enhanced and error, if any, should be made to the Plaintiff's favor. In this matter, the collection of the judgment, if any, will be against a private individual who may or may not have assets immediately available for recovery. Unlike the collection of a matter against a commercial entity, the collection against an individual residing as a citizen of the State of Florida is not an easy task and can take months, if not years to even begin to see any recovery.

9. Based on all the foregoing criteria, Affiant is of the opinion that a reasonable estimate for the fee for the collection of any judgment that may be entered against the Defendant is between $15,000.00 - $30,000.00.

FURTHER, AFFIANT SAYETH NOT

_____
KENNETH A. GLASPEY, ESQUIRE

The foregoing instrument was acknowledge before me, the undersigned notary, by KENNETH A. GLASPEY, who affirmed that the above statements are true and correct to the best of his knowledge. He is personally known to me or has produced _____ as identification and did take an oath.

GIVEN under my hand and official seal this 22nd day of October 2009.

TIFFANY L ESMAY
MY COMMISSION # DD 851897
EXPIRES: January 15, 2013
Bonded Thru Budget Notary Services

_Tiffany L. Esmay_
Notary Public
My commission expires:_____

[NOTARIAL SEAL]

_____
[Name typed, printed or stamped]