IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

IRYNA HRACHOVA, individually and o/b/o

ZHANNA HRACHOVA

    Plaintiffs,

v.                                            CASE No.5:09-cv-95-Oc-10GRJ

DENVER DEWAYNE COOK,

    Defendant.

_____/

MOTION FOR SUMMARY JUDGMENTS

COMES NOW, Plaintiff IRYNA HRACHOVA individually and o/b/o ZHANNA HRACHOVA moves this Motion for the Summary Judgments: on the Damages as a result of the Breach of Contract in the amount of $113, 828, 02 plus the additional fees of the Collections to be determined by this Court as well as for the Judgment on the issue of liability and states as follows:

1. Under the Terms of the "Affidavit of Support" and as a direct result of a breach of this Contract Defendant owes to Plaintiff $113, 828, 02(Exhibits A, B)

2. Under the same Contract terms, Defendant must to continue to provide financial support to the Plaintiffs at the amount of 125% of the Federal poverty guideline for the 2 people, beginning from November 1, 2009 in the amount of$ 1,517.70 a month in accordance with the 2009 HHS Poverty guidelines updates till the sponsor or immigrants deaths, or till Plaintiffs became a US citizens, or credited with 40 quarters of work or depart the UNITED STATES permanently. None of the above are applied to the plaintiffs.

3. Plaintiff's interest in the monetary judgment can be partially secured by the assets listed by Defendant in the"Affidavit of Support". The Life insurance Policy one of them where Plaintiffs request the Court to issue Its Order for the both Plaintiffs to be listed as beneficiaries in the Defendant's life insurance Policy with each six month provision of the copy of such Policy to the Plaintiffs. And a Such Policy Plaintiff request to be in effect from the Court's indicated date till the one of the mention requirements for the Termination of the Defendant's obligations under the "Affidavit of Support" are met.

4. The Plaintiffs having a medical conditions to be addressed (Thyroid and heart failures, dental)and request the Court to Compel the Defendant with its additional Order to list a Plaintiffs in Defendant's health insurance full coverage Policy as well as dental he is having from his employment.

For more Plaintiffs prays for a mentioned above Judgments to be awarded to them as well as health, dental and life insurances beneficiaries awards by this Motion.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by U.S. mail to Defendant Denver, D. Cook at 731 E. Alfred St. Tavares, Fl 32778-3300 on this 22 of October, 2009

By _____

Iryna Hrachova, Zhanna Hrachova,

P.O. Box 3871, Ocala, Fl-34478