FILED

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

2009 NOV 24  PM 1:35

OCALA DIVISION

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

IRYNA HRACHOVA individually and o/b/o

ZHANNA HRACHOVA

        Plaintiff,

Vs.                                      Case No. 5:09-cv-95-Oc-10GRJ

DENVER DEWAYNE COOK,

        Defendant.

_____

### MOTION TO AMEND THE FINAL JUDGMENT

COMES NOW, IRYNA HRACHOVA, individually and o/b/o ZHANNA HRACHOVA, Plaintiff, after receiving by mail on November 13, 2009 the copy of the Civil Judgment , and, in according of the Form 71 of the Federal Rules of Civil Procedure and the Florida Department of Financial Services Statutory Interest Rates guidelines , as well as well established Federal Court Judgment's Practice in Florida (Nationwide Mutual Insurance Company v.Griffin,222.So. 2d 754:Fla.4th DCA., English and American Insurance Company v. Swaine Groves,inc 218. So. 2d 453, Fla. 4th DCA., where the result of the Breach of Contract Debt was the subject of the pre-judgment interest since the date the Debt was due as well as post judgment interest rate adapted at the Court's state Statutory rate), asks the Court to Amend the current Judgment to the extent to be acceptable for the proper execution of the collection process upon its Final Entry.

Proposed Order of the FINAL JUDGMENT BY THE COURT WITHOUT A JURY is followed.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the true and correct copy of this Motion has been furnished by U.S. mail to Defendant Denver D. Cook at 731E. Alfred Str., Tavares, Fl-32778-3300 on this __23__ day of __NovemBer__ 2009/

                                                          By_____

                                      Iryna Hrachova, P.O.Box 3871, Ocala Fl-34478

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

IRYNA HRACHOVA individually and o/b/o

ZHANNA HRACHOVA

        Plaintiff,

Vs.                                    Case No. 5:09-cv-95-Oc-10GRJ

DENVER DEWAYNE COOK,

        Defendant.

_____

FINAL JUDGMENT BY THE COURT WITHOUT A JURY

This action was tried by Judge GARY R. JONES without a jury and following decision was reached:

IT IS ORDERED that the Plaintiff IRYNA HRACHOVA individually and o/b/o ZHANNA HRACHOVA recover from the Defendant DENVER DEWAYNE COOK the principal amount of $103,197.44 with prejudgment interest at the rates and amounts respectfully owed for each such a year as is: for the year of

2001-pregudjment interest rate of 11% for the amount of $6,083.28= Total of$6,752.44

2002-prejudjment interest rate of   9% for the amount of $14,925.00=Total of$16,268.25

2003-prejudgment interest rate of   6% for the amount of $15,150.00=Total of $16,059

2004-prejudjment interest rate of   7% for the amount of $ 15,612.50 =Total of$16,705.37

2005-prejudgment interest rate of   7% for the amount of $ 16.037.50=Total of$17,480.87

2006-pregudgment interest rate of   9% for the amount of $16,500= Total of $17,985

2007-prejudgment interest rate of 11%   for the amount of $17,112.50 =Total of $18,994.87

2008-prejudgment interest rate of 11%   for the amount of $17,500= Total of $ 19,425

2009-pregudjment interest rate of 8 % for the amount of $15,319.30= Total of $16,554.84

All together making a Total Sum of $146,215.64 from where the amount of $31.042.64 should be subtracted as an income received by plaintiff during the mentioned period of time , bringing the total judgment amount of $115,173 together with the prejudgment interest accordingly.

Post Judgment interest rate at the current year Statutory rate of 8% that shall bear since the first Entry of the Judgment, November 3, 2009, as well as Defendant's future obligation to support the plaintiff at 125% of the then existing poverty level shall continue until such time as the obligation expires by law, for which let execution, including but not limited to the Defendant's wage garnishment, issue.

Attachment: Florida Department of Financial Services. Statutory Interest Rates, Pursuant to Section 55.03 Florida Statutes

Date: _____

_____
Clerk of Court

Copies furnished to:

**ALEX SINK
CHIEF FINANCIAL OFFICER
STATE OF FLORIDA**

Florida Department of Financial Services

MY FLORIDA CFO HOME  CONTACT US  SEARCH BY SUBJECT  HELP  En Español  SEARCH FLDFS

## Florida Department of Financial Services

### STATUTORY INTEREST RATES PURSUANT TO SECTION 55.03, FLORIDA STATUTES

**INTEREST RATE FOR THE YEAR 2009**

Section 55.03(1), Florida Statutes, requires the Chief Financial Officer, on December 1 of each year beginning in 1994, to set the rate of interest that shall be payable on judgments and decrees for the year beginning the following January 1. Sections 215.422(3)(b), 337.141(3) and 687.01, Florida Statutes, were amended to require the use of interest at the rate established in Section 55.03(1), Florida Statutes, for the payment of interest applicable to the late payments to vendors for goods and services purchased by the State; for late payments on applicable construction or maintenance contracts administered by the Department of Transportation; and for cases where a rate of interest is not specified in a contract. The interest rate for payments to health care providers pursuant to Section 215.422(13), Florida Statutes, remains at 1% per month or .0003333 per day. Rule 69I-25, Florida Administrative Code, establishes the procedures for computing the interest rate on an annual basis.

**The year 2009 interest rate established pursuant to Section 55.03, Florida Statutes, has been set at 8.0% per annum or .0002192 per day.**

**PRIOR YEAR RATES**

| YEAR | PER ANNUM | DAILY RATE |
|---|---|---|
| 2008 | 11% | .0003014 |
| 2007 | 11% | .0003014 |
| 2006 | 9% | .0002466 |
| 2005 | 7% | .0001918 |
| 2004 | 7% | .0001918 |
| 2003 | 6% | .0001644 |
| 2002 | 9% | .0002466 |
| 2001 | 11% | .0003014 |
| 2000 | 10% | .0002740 |
| 1999 | 10% | .0002740 |
| 1998 | 10% | .0002740 |
| 1997 | 10% | .0002740 |
| 1996 | 10% | .0002740 |
| 1995 | 8% | .0002192 |

10/01/81 thru 12/31/94: 12% .0003333

Legislation passed in 1994 granted authority to the Chief Financial Officer, DFS to set the interest rate on December 1 of each year and to publish it annually in the Florida Administrative Weekly at least once between the period December 1 and January 1. Please call the Vendor Ombudsman section within the Bureau of Accounting at (850) 413-5516 if additional information is needed.

CONSUMER HELPLINE 1-877-My-FL-CFO (1-877-693-5236)
MY SAFE FLORIDA HOME HELPLINE 1-866-513-6734 (MSFH)
Department of Financial Services · Division of Accounting and Auditing · 200 East Gaines St. · Tallahassee, FL 32399-0353
· Legal Notices
Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Public records from the Department of Financial Services are available by request. Public Records Request