UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IRYNA HRACHOVA, individually and on
behalf of Zhanna Hrachova,

      Plaintiff,

v.                                                    Case No.  5:09-cv-95-Oc-TBS

DENVER DEWAYNE COOK,

      Defendant.
_____

ORDER

      Pending before the Court is Plaintiff's Amended Objection to Claims of

Exemption and Request for Hearing. (Doc. 60).  Plaintiff prevailed in the underlying

action and a judgment in the amount of $103,197.44 was entered in her favor on

November 4, 2009. (Doc. 45).  To collect the judgment, plaintiff filed a motion for writ

of garnishment (Doc. 49) which was granted by the court. (Doc. 50).  On September

21, 2011, a writ of garnishment was issued.  (Doc. 51).  On September 29, 2011,

defendant filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the

United States Bankruptcy Court for the Middle District of Florida, Orlando Division –

Case No. 6:11-bk-14734-KSJ. (Doc. 55).  Defendant then filed a claim of exemption

and request for hearing asserting that the judgment was dischargeable under the

Bankruptcy Code.  (Docs. 52, 56).  Plaintiff  filed an objection to the claim of

exemption in which she asserted inter alia that the subject debt was not dischargeable

under the Bankruptcy Code. (Doc. 58).

On October 31, 2011, the Court stayed the garnishment proceedings "pending notification from the Bankruptcy Court that the stay has been lifted and/or that the subject debt is not dischargeable." (Doc. 59).  Plaintiff now has obtained a ruling from the Bankruptcy Court that the judgment in this case is a debt excepted from discharge.  (Doc. 60-1).  Accordingly, plaintiff requests that the Court lift the stay and deny defendant's claim of exemption and request for hearing.

Plaintiff's argument appears to be well-taken, however, the Court will afford defendant an opportunity to be heard on this matter.  Accordingly, on or before July 16, 2012, defendant shall show cause in writing why the stay should not be lifted and why his claim of exemption and request for hearing should not be denied.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on July 2, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All counsel
    Pro se defendant