UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRYNA HRACHOVA, individually and on
behalf of Zhanna Hrachova,

       Plaintiff,

v.                                        Case No.  5:09-cv-95-Oc-TBS

DENVER DEWAYNE COOK,

       Defendant.

_____/

ORDER

Pending before the Court is Plaintiff's Amended Objection to Claims of
Exemption and Request for Hearing (Doc. 60).  Plaintiff prevailed in the underlying
action and a judgment in the amount of $103,197.44 was entered in her favor on
November 4, 2009 (Doc. 45).  To collect the judgment, Plaintiff filed a motion for writ of
garnishment (Doc. 49) which was granted by the Court (Doc. 50).  On September 21,
2011, a writ of garnishment was issued (Doc. 51).  On September 29,2011, Defendant
filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States
Bankruptcy Court for the Middle District of Florida, Orlando-Division Case No. 6:11-bk-
14734-KSJ (Doc. 55).  Defendant then filed a claim of exemption and request for
hearing, asserting that the judgment was dischargeable in bankruptcy. (Docs. 52, 56).
Plaintiff filed an objection to the claim of exemption in which she asserted inter alia that
the subject debt was not dischargeable (Doc. 58).

On October 31, 2011, the Court stayed the garnishment proceedings "pending
notification from the Bankruptcy Court that the stay has been lifted and/or that the
subject debt is not dischargeable."  (Doc. 59).  Plaintiff has now obtained a ruling from

the Bankruptcy Court that the judgment is excepted from discharge (Doc. 60-1). Accordingly, Plaintiff requests the Court lift the stay and deny Defendant's claim of exemption and request for hearing.

On July 2, 2012, the Court ordered Defendant to show cause in writing on or before July, 16, 2012 why the stay should not be lifted and his claim of exemption and request for hearing denied (Doc. 61).  Defendant has not shown good cause and the time for doing so has passed.

Accordingly, after due consideration Plaintiff's motion to lift the stay in these proceedings is GRANTED. Defendant's claim of exemption and request for hearing is DENIED, and the stay in this case is LIFTED.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida on July 18, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to:

     All Counsel
     Pro se Defendant