UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**IRYNA HRACHOVA, individually and**
on behalf of Zhanna Hrachova

    Plaintiff,

v.                                                                                **Case No: 5:09-cv-95-Oc-PRL**

**DENVER DEWAYNE COOK**

    Defendant.
_____

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration. (Doc. 78). Upon due consideration, and in the absence of any response filed by the garnishee, Vann Gannaway Chevrolet, Plaintiff's motion is **GRANTED**. Plaintiff shall provide Vann Gannaway Chevrolet with information regarding the bank account into which she wants payments directly deposited. Upon receiving such information, Vann Gannaway Chevrolet shall directly deposit all future payments pursuant to the Writ into Plaintiff's bank account. In the meantime, Vann Gannaway Chevrolet shall continue to send the payments to Plaintiff's mailing address as previously ordered by the Court. (Doc. 73).

**DONE** and **ORDERED** in Ocala, Florida on June 19, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

Vann Gannaway Chevrolet
2200 East Burleigh Boulevard
Eustis, Florida 34478